UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sapphire McDougleh,

    Plaintiff,

v.

Ohio Reformatory for Women, *et al.*,

    Defendants.

Case No. 2:25-cv-28

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Magistrate Judge has performed an initial screen of this prisoner civil rights case, in which Plaintiff proceeds without the assistance of counsel, and issued a Report and Recommendation ("R&R"). R&R, ECF No. 17. The R&R permits Plaintiff to proceed on her: (1) Section 1983 deliberate-indifference-to-serious-medical-needs claims against LP Smith, Nurse Brown, and Nurse Michel; (2) Americans with Disabilities Act claim against the Ohio Reformatory for Women ("ORW"); and (3) state-law claims against ORW, LP Smith, Nurse Brown, and Nurse Michel. *Id.* at 6–7. It recommends dismissing the remaining claims,[1] however. *Id.* at 7–9.

The R&R notified Plaintiff of her right to object to the recommendations contained therein and of the consequences of failing to do so. *Id.* at 10–11. The

---

[1] These include all § 1983 and HIPPA claims against ORW, any claims against Warden Maldonado, and any request for compassionate release. R&R 7–9, ECF No. 17.

deadline for objecting has passed, and although Plaintiff filed other documents, see ECF Nos. 18 & 19, she did not object.

Accordingly, the Court **ADOPTS** the R&R without performing a de novo review. The Court **DISMISSES** all § 1983 and HIPPA claims against ORW, all claims against Warden Maldonado, and any claim for compassionate release. This ruling moots Plaintiff's motion to voluntarily dismiss Warden Maldonado, ECF No. 19.

Additionally, the Court construes Plaintiff's motion for release of video, ECF No. 18, as a motion to compel discovery and **DENIES** the same **WITHOUT PREJUDICE** as premature. The Magistrate Judge has not yet issued a scheduling order in this case, which means the discovery window has not yet opened. Plaintiff may, of course, renew her motion to compel at the proper time, if necessary.

The Clerk shall terminate ECF Nos. 17, 18, and 19.

**IT IS SO ORDERED.**

*[signature]*

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**