## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Sapphire McDougleh,**

    **Plaintiff,**

    **v.**

**Ohio Reformatory for Women, *et al.*,**

    **Defendants.**

**Case No. 2:25-cv-28**

**Judge Michael H. Watson**

**Magistrate Judge Deavers**

### ORDER

When Plaintiff failed to take the necessary steps to complete service of process or respond to a Show Cause Order regarding the same, the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that the Court dismiss this case without prejudice for failure to prosecute.  R&R, ECF No. 30.  The R&R notified Plaintiff of her right to object to that recommendation and of the consequences of failing to do so.  *Id.* at 4.  Plaintiff failed to object.  Accordingly, the Court **ADOPTS** the R&R without performing a *de novo* review and **DISMISSES WITHOUT PREJUDICE** this case for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**